Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SYDNEY ELIZABETH LEWIS,<br><br>Defendant. | DOCKET NO. 6:14-mj-092-MJS<br><br>**STATEMENT OF ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, Sydney Elizabeth LEWIS, was arrested August 14, 2014, in Yosemite National Park and charged with five counts in a criminal complaint relating to incidents that occurred on August 11, August 14, and August 28, 2014: Count 1: Possession of an alcoholic beverage by a person under the age of 21; Count 2: Knowingly giving false information to an officer; Count 3: Possession of an alcoholic beverage by a person under the age of 21; Count 4: Possession of an alcoholic beverage by a person under the age of 21; Count 5: Possession of a controlled substance (marijuana). LEWIS plead guilty February 25, 2015, to Count 1 and Count 5, and the other counts were dismissed. Judgment was not entered on Count 5. LEWIS was sentenced to the following: pay a $500 fine at a rate of $50 a month, complete 30 hours of community service, 12 months of unsupervised probation, obey all laws, and to report new law violations. The

Government alleges Sydney Elizabeth LEWIS has violated the following condition(s) of her unsupervised probation:

CHARGE ONE:    FAILURE TO OBEY ALL LAWS

LEWIS was ordered to obey all laws. On February 27, 2015, Ranger Michael Hastings cited LEWIS for trespassing in the Huff Housing area in Yosemite National Park.

The Yosemite Legal Office respectfully requests the above referenced matter, *U.S. v. Sydney Elizabeth Lewis*, 6:14-mj-092-MJS, be put back on calendar at a time convenient for the Court.

Dated: March 3, 2015                                By: /s/ Matthew McNease
                                                    Matthew McNease
                                                    Acting Legal Officer
                                                    Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

( )   Submit a Request for Warrant or Summons:

(X)   Defendant to Appear at Yosemite District Courthouse on 4/29/2015, at 10:00 am, with defendant to appear via videoconference.

The Court GRANTS this request nunc pro tunc.

Dated: 5/5/2015              /s/ MICHAEL J. SENG
                             UNITED STATES MAGISTRATE JUDGE

2